LATIMER, Respondent, v. McKINNON, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Oliver C. Latimer against Frank H. McKinnon.

PER CURIAM. Judgment unanimously affirmed, with costs.

SEWELL, J., not sitting.

